UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NATHAN HINESMAN, | ) |
| Plaintiff, | ) Case No. 2:10-cv-01180 |
| v. | ) Judge Marbley |
| VERIZON COMMUNICATIONS INC. and VERIZON BUSINESS NETWORK SERVICES INC., | ) Magistrate Judge Kemp |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the plaintiff/counterclaim-defendant Nathan Hinesman and defendant/counterclaim-plaintiff Verizon Business Network Services Inc. that this action, all of the claims that were asserted in Nathan Hinesman's Complaint [Doc. No. 1], and all of the counterclaims that were asserted in Verizon Business Network Services Inc.'s Counterclaim [Doc. No. 7] are dismissed in their entirety with prejudice, and that each party shall bear its own costs.

IT IS SO ORDERED.

_____
Judge/Magistrate

Dated: 25 July 2011

**STIPULATED AND AGREED TO BY:**

*(signature)*

Russell A. Kelm (OH Bar. No. 0011034)
Joanne W. Detrick (OH Bar No. 0041512)
LAW OFFICES OF RUSSELL A. KELM
37 West Broad Street, Suite 860
Columbus, Ohio 43215
Telephone:   (614) 246-1000
Facsimile:    (614) 246-8110
Email:         kelm@kelmlawfirm.com
                  detrick@kelmlawfirm.com

*Counsel for Plaintiff Nathan A. Hinesman*

*(signature)*

Matthew A. Kairis (OH Bar No. 0055502)
Matthew C. Corcoran (OH Bar No. 0078236)
JONES DAY
325 John H. McConnell Boulevard, Suite 600
P.O. Box 165107
Columbus, Ohio 43216-5017
Telephone:   (614) 469-3939
Facsimile:    (614) 461-4198
Email:         makairis@jonesday.com
                  mccorcoran@jonesday.com

*Counsel for Defendant Verizon Business Network Services Inc.*

- 2 -